(Republished.)

DAL-TRAN SERVICE COMPANY, Respondent, and JACOB HARMATZ, Intervenor-Respondent, v. FIFTH AVENUE COACH LINES, INC., et al., Appellants, et al., Defendants.—

Concur — Breitel, J. P., Stevens, Eager, Steuer and Noonan, JJ.